*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MAHANIAN,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MASERATI NORTH AMERICA, INC., et al.,<br><br>　　　　　Defendants. | Case No.  CV 12-4831-GW(JCx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.

　　IT IS SO ORDERED.

Dated: August 31, 2012

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER TO DISMISS WITH PREJUDICE